**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7052

SHARIF ABDUL ALI, a/k/a Vincent Bradford Earl,

Plaintiff - Appellant,

versus

BOYD BENNETT, Director of Prisons; MICHAEL
BELL, Superintendent; SUSAN RHYNE-WHITE,
Superintendent of Programs; J. JOHNSON, Sgt.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Louise W. Flanagan, Chief
District Judge. (5:04-ct-00948-FL)

Submitted: October 31, 2006          Decided: November 6, 2006

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Sharif Abdul Ali, Appellant Pro Se. James Philip Allen, NORTH
CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sharif Abdul Ali appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ali v. Bennett</u>, No. 5:04-ct-00948-FL (E.D.N.C. May 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>